The People of the State of New York, Respondent, 
against
Mark J. Davies, Appellant.




Mark J. Davies, appellant pro se.
Nassau County Attorney's Office (Nicholas Vevante of counsel), for respondent.

Appeal from two judgments of the District Court of Nassau County, Nassau County Traffic and Parking Violations Agency (Elizabeth Pessala, J.H.O.), rendered December 15, 2015. Each judgment convicted defendant, after a nonjury trial, of parking a vehicle in a wrong direction, and imposed sentence.




ORDERED that the judgments of conviction are affirmed.
Defendant was charged, in each of two separate simplified traffic informations, with parking a vehicle in a wrong direction (Vehicle and Traffic Law § 1203 [c]). Following a nonjury trial, defendant was convicted as charged.
For the reasons stated in People v Davies (___ Misc 3d ___, 2018 NY Slip Op ___ [appeal No. 2014-2241 N CR], decided herewith), the judgments of conviction are affirmed.
MARANO, P.J. GARGUILO and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 06, 2018